**Dwayne J. WINGO, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 65738.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 10, 1995.

Application to Transfer Denied
Feb. 21, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Dwayne J. Wingo, appeals from a denial by the Circuit Court of the County of St. Louis of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rules 30.25(b) and 84.16(b).